**FILED - GR**
July 23, 2026 12:44 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JJM  SCANNED BY: **AR** / 7.23

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Ryan Peter Dally

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If
you cannot list all plaintiffs in the space provided, please write "see attached" and list all
names on an additional page.)

1:26-cv-2142
**Robert Jonker- US District Judge**
**Sally Berens- Magistrate Judge**

v.

Craig Wade Dally      Dally Tire Co.
Timothy Olin Dally
Ann Shneider
Jill Mosshamer
Tyler Wade Dally

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants
in the space provided, please write "see attached" and list all names on an additional page.)

**COMPLAINT**
*(Print Clearly)*

I. **Previous Lawsuits**
**CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $405.00 filing fee regardless of whether your complaint is dismissed.

A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?    Yes ☐  No ☑

B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

_____

2. Is the action still pending?      Yes ☐  No ☐

   a. If your answer was no, state precisely how the action was resolved: _____

_____

3. Did you appeal the decision?      Yes ☐  No ☐

4. Is the appeal still pending?      Yes ☐  No ☐

   a. If not pending, what was the decision on appeal? _____

_____

5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☐  No ☐

   a. If so, explain: _____

_____

- 2 -

(W.D. Mich. Form – Last Revised: September 2021)

II.  Parties

A. Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets an Nede

Name of Plaintiff: Ryan Peter Dally

Place of Present Confinement: Branch County Jail

Address: 379 Keith Wilhelm Dr., Coldwater, MI 49036

Place of Confinement During Events Described in Complaint: Branch County Jail and Twin Counties Correctional and Probation Center.

B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each Defendant in an official and/or personal Capacity. Provide the Same information for each additional Defendant. If there are more than 6 Defendants attach extra sheets as necessary.

Name of Defendant #1: Craig Wade Dally

Position or Title: Owner

Place of Employment: Dally Tire Co.

Address: 109 W. Chicago St, Coldwater, MI 49036

Official and/or personal Capacity: ZO

Name of Defendant #2: Timothy Olin Dally

Position or Title: Owner

Place of Employment: Hyland Lyons - Battered

Address: Battle Creek, MI 49014 / 109 W. Chicago St. Coldwater, MI 49036

Official and/or Capacity: Unknown / ZO

Name of Defendant #3: Ann Shneider

Position or Title: Owner

Place of Employment: N/A.

Address: 109 W. Chicago St, Coldwater, MI 49036

Official and/or Capacity: ZO

Name of Defendant # 4: Jill Mosshamer

Position or Title: Owner

Place of Employment: N/A

Address: 109 W. Chicago St., Coldwater, MI 49036

Official and/or Capacity: 20

Name of Defendant #5: Tyler Wade Dally

Position or Title: Manager

Place of Employment: Dally Tire Co.

Address: 109 W. Chicago St., Coldwater, MI 49036

Official and/or Capacity: 20

Name of Defendant #6: Dally Tire Co.

Position or Title: Business in Retail, Opened Since 1949

Place of Employment: Self

Address: 109 W. Chicago St., Coldwater, MI 49036

Official and/or Capacity: 20

## III. Statement of Claim

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

On or about December 31st, 2025 I was fired from Dally Tire Co, 109 W. Chicago St., Coldwater, MI 49036, and on or about January 6th, 2026 the Management position was given to Tyler Wade Dally with whom has little to No experience in Tire Sales, Adjustments, day to day routines, etc. I have asked for my Job back several times and have been given a negative answer, been told I made to much money, am incompetent, was on Drugs or other Substances, that my kids hate me and want nothing to do with me, Craig Dally talked with the Judge about the difference between a paid Attorney and A Public Defender and while Craig was grieving the Loss of his Spouse of 50+ years was told a hired Attorney gets you out of trouble, while a Public Defender means you get into trouble or if you want your son to learn a lesson don't hire an Attorney. My father claims to have No money, but then remarks how busy they are. I need to be Compensated properly.

(W.D. Mich. Form – Last Revised: September 2021)

IV. **Relief**

State briefly and precisely what you want the court to do for you.

I would like Restitution for being fired unreasonably on/or about 12/31/2025 and the business Given To Tyler Dally 61 Maple Lane, Coldwater, MI 49036, Not Hiring myself an Attorney, Colluding with Judge Brent Weigle (P38888), Leaving me Imprisoned, Getting PTSD from Deputies, Staff, Therapists, Doctors, Also being refused proper medical treatment while incarcerated, Cruel & Unusual punishment from Branch County.

V. **Notice to Plaintiff Regarding Consent**

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

☑ I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

☐ I request that this case be assigned to a district judge.

07/16/2026
**Date**

**Signature of Plaintiff**

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

(W.D. Mich. Form – Last Revised: September 2021)

Branch County Jail
~~Inmate Ryan Dally~~
Inmate Ryan Dally
~~Inmate Ryan Dally~~
379 Keith Wilhelm Dr.
Coldwater, MI 49036

GRAND RAPIDS MI  493

21 JUL 2026   PM 3   L

MAIL ORIGINATES FROM
BRANCH COUNTY JAIL

FOREVER / USA

U.S. District Court
399 Federal Building
110 Michigan St., NW
Grand Rapids, MI 49503

49503-231799